IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMONZA WILLIAMS,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      CIVIL ACTION NO. 2:05CV890-W
                                          )                  (WO)
JEFFREY A. SNYDER, et al.,                )
                                          )
            Defendants.                   )

## ORDER

Upon consideration of the argument of the parties, the court is satisfied that the citizenship of defendant Safeway should be disregarded at present for purposes of determining diversity and, thus, that this court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.[1]

Upon consideration of the record, and for good cause, it is

ORDERED that plaintiff is DIRECTED to show cause, on or before April 7, 2006 why defendant Safeway Insurance Company should not be dismissed for failure to effect

---

[1] The court does not find that Safeway is "fraudulently joined," but only that its citizenship should not be considered in determining the existence of diversity under the authority of Broyles. See Broyles v. Bayless, 878 F.2d 1400 (11th Cir. 1989); Continental National Indemnity Co. v. Fields, 2005 WL 2692484 (Ala. Oct. 21, 2005); Lowe v. Nationwide Ins. Co., 521 So.2d 1309 (Ala. 1988). The parties concur that this court has jurisdiction. However, the possibility remains that diversity will be destroyed by Safeway's subsequent conduct of this litigation. See Broyles, *supra*, 878 F.2d at 1406 ("Unless the insurance company interjects itself into the controversy in such a way that it has direct liability and/or active, visible and primary control of the litigation, its citizenship should not be considered for purposes of diversity jurisdiction.").

service within 120 days as required by Fed. R. Civ. P. 4(m).[2]

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[2] The court notes that plaintiff has failed to respond to the court's previous show cause order regarding defendant Jeffrey A. Snyder.  (See Doc. # 11).