IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMONZA WILLIAMS,                )<br>                                                )<br>        Plaintiff,                             )<br>                                                )<br>v.                                             )        CIVIL ACTION NO. 2:05CV890-W<br>                                                )                              (WO)<br>JEFFREY A. SNYDER, et al.,        )<br>                                                )<br>        Defendants.                     ) | |

**ORDER**

On March 27, 2006, this court entered an order directing plaintiff to show cause, on or before April 7, 2006, why defendant Safeway Insurance Company should not be dismissed for failure to effect service within 120 days as required by Fed. R. Civ. P. 4(m). Plaintiff has not responded to the show cause order. Accordingly, it is

ORDERED that plaintiff's claims against Safeway Insurance Co. of Alabama, Inc. are DISMISSED without prejudice.

DONE, this 18th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE