IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AMONZA WILLIAMS,            )
                           )
        Plaintiff,          )
                           )
    v.                      )        CIVIL ACTION NO. 2:05CV890-W
                           )                    (WO)
JEFFREY A. SNYDER, et al.,   )
                           )
        Defendants.         )

**ORDER**

Upon consideration of the motion of defendant Paschall Truck Lines to dismiss

plaintiff's claims against defendant Jeffrey Snyder for failure to prosecute (Doc. # 7), it is

ORDERED that the motion is DENIED.[1]

DONE, this 20th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Snyder has now answered the complaint in this action.